10:47 AM
05/17/17
Accrual Basis

# Halo Home Health LLC
# Profit & Loss
## January through March 2017

|  | Jan - Mar 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Medicare Gross Revenue | 290,858.55 |
| **Total Income** | 290,858.55 |
| **Expense** | |
| Bank Service Charges | 1,086.57 |
| Computer Expense | 9,624.35 |
| Contract Labor-MSW | 875.00 |
| Contract Labor-PT | 15,700.00 |
| Dues and Subscriptions | 2,090.54 |
| Equipment Rental | 664.95 |
| Fuel & Oil | 1,458.90 |
| Guaranteed Payment- HHA | 23,950.00 |
| Guaranteed Payment/Admin | 23,950.00 |
| Guarnteed Payment- Marketing | 23,950.00 |
| Maintenance | 190.00 |
| Marketing - Advertising | 405.00 |
| Marketing - Meals | 1,058.63 |
| Meals & Entertainment | 58.23 |
| Mileage-HHA | 2,718.05 |
| Miscellaneous | 583.56 |
| Postage and Delivery | 12.47 |
| **Professional Fees** | |
| Accounting | 3,800.00 |
| Consulting | 12,600.00 |
| Professional Fees - Other | 2,550.00 |
| **Total Professional Fees** | 18,950.00 |
| Rent | 4,245.00 |
| **Salaries & Wages** | |
| Wages- Clerical Hourly | 9,975.50 |
| Wages-HHA Hourly | 25,060.00 |
| Wages-LVN Hourly | 14,139.36 |
| Wages-RN Contract Labor | 7,300.00 |
| Salaries & Wages - Other | 59,852.48 |
| **Total Salaries & Wages** | 116,327.34 |
| **Supplies** | |
| Marketing | 87.67 |
| Medical | 6,320.28 |
| Office | 4,038.66 |
| Supplies - Other | 1,089.85 |
| **Total Supplies** | 11,536.46 |
| **Taxes** | |
| 941 Medicare Tax Expense | 1,686.75 |
| 941 SS Tax Expense | 7,212.29 |
| Futa Tax Expense | 543.83 |
| Property | 500.00 |
| State | 494.19 |
| **Total Taxes** | 10,437.06 |
| **Telephone** | |
| Cell Phones | 1,642.11 |
| Telephone - Other | 294.09 |
| **Total Telephone** | 1,938.20 |
| **Utilities** | |
| Gas and Electric | 589.42 |
| **Total Utilities** | 589.42 |

10:47 AM

05/17/17

Accrual Basis

**Halo Home Health LLC**
**Profit & Loss**
**January through March 2017**

|  | Jan - Mar 17 |
|---|---|
| **Total Expense** | 272,397.73 |
| **Net Ordinary Income** | 18,460.82 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 0.56 |
| **Total Other Income** | 0.56 |
| **Net Other Income** | 0.56 |
| **Net Income** | 18,461.38 |